1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                            )
9                Plaintiff,                 )
                                            )
10         v.                               )   3:15-CR-044-MMD-(VPC)
                                            )
11  HASHIM COOPER,                          )
                                            )
12               Defendant.                 )

13                    **FINAL ORDER OF FORFEITURE**

14        The United States District Court for the District of Nevada entered a Preliminary Order of

15  Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

16  924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 26, United States Code,

17  Section 5872 based upon the plea of guilty by defendant HASHIM COOPER to the criminal offense,

18  forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment

19  and shown by the United States to have the requisite nexus to the offense to which defendant

20  HASHIM COOPER pled guilty. Indictment, ECF No. 3; Plea Agreement, ECF No. 19; Change of

21  Plea, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 23.

22        This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from October 7, 2015, through November 5, 2015, notifying all potential third parties of their right to

25  petition the Court. Notice of Filing Proof of Publication, ECF No. 24.

26  / / /

1       This Court finds no petition was filed herein by or on behalf of any person or entity and the

2   time for filing such petitions and claims has expired.

3       This Court finds no petitions are pending with regard to the assets named herein and the time

4   for presenting such petitions has expired.

5       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section

9   2461(c); Title 26, United States Code, Section 5872; and Title 21, United States Code, Section

10  853(n)(7) and shall be disposed of according to law:

11      1.  a Stevens Model 67, 20 gauge shotgun bearing serial number E581511, having a

12          modified overall length of less than 26 inches and a barrel or barrels of less than 18

13          inches in length; and

14      2.  any and all ammunition.

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

16  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

17  income derived as a result of the United States of America's management of any property forfeited

18  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

20  this Order to all counsel of record.

21      DATED this ___8th___ day of _____December_____, 2015.

22

23

24  _____
    UNITED STATES DISTRICT JUDGE

25

26

2